TRAP 34.6(b)

(b) *Request for preparation*.
(1) Request to Court Reporter. At or before the time for perfecting the appeal, the appellant must request in writing that the official reporter prepare the reporter's record. The request must designate the exhibits to be included. A request to the court reporter — but not the court recorder — must also designate the portions of the proceedings to be included.
(2) Filing. The appellant must file a copy of the request with the trial court clerk.
(3) Failure to Timely Request. An appellate court must not refuse to file a reporter's record or a supplemental reporter's record because of a failure to timely request it.


TRAP 35.3(b)

(b) *Reporter's Record*. The official or deputy reporter is responsible for preparing, certifying, and timely filing the reporter's record if:
(1) a notice of appeal has been filed;
(2) the appellant has requested that the reporter's record be prepared; and
(3) the party responsible for paying for the preparation of the reporter's record has paid the reporter's fee, or has made satisfactory arrangements with the reporter to pay the fee, or is entitled to appeal without paying the fee.